**COZEN O'CONNOR**
Valerie Rojas (SBN 180041)
*vrojas@cozen.com*
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone:   (213) 892-7965
Facsimile:    (213) 784-9067

Michael D. Rafalko (*Pro Hac Vice to be Filed*)
*mrafalko@cozen.com*
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA  19103
Telephone:   (215) 665-4611
Facsimile:    (215) 372-2360

Wendy N. Enerson (*Pro Hac Vice to be Filed*)
*wenerson@cozen.com*
123 North Wacker Drive, Suite 1800
Chicago, IL  60606
Telephone:   (312) 382-3100
Facsimile:    (312) 382-8910

Attorneys for Defendant
TRANSAMERICA LIFE INSURANCE CO.

**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**
Wyatt A. Lison (SBN 316775)
*wlison@fdpklaw.com*
Joseph N. Kravec, Jr. (*Pro Hac Vice to be Filed*)
*jkravec@fdpklaw.com*
429 Fourth Avenue, Suite 1300
Pittsburgh, PA 15219
Telephone:   (412) 281-8400
Facsimile:    (412) 281-1007

Attorneys for Plaintiffs
BRIAN GUTHRIE and GRADY LEE HARRIS, JR.
and the Proposed Class

**BLAKEMAN LAW**
Benjamin Blakeman (SBN 60596)
*ben@lifeinsurance-law.com*
11601 Wilshire Boulevard, Suite 2080
Los Angeles, CA 90025
Telephone:   (213) 629-9922
Facsimile:    (213) 232-3230

Attorneys for Plaintiffs
BRIAN GUTHRIE and GRADY LEE HARRIS, JR.

1

Case No.: 3:21-CV-04688-WHO
AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING
SCHEDULE ON MOTIONS TO REMAND, TRANSFER AND DISMISS

53407451\2

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GUTHRIE and GRADY LEE HARRIS, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:21-cv-04688-WHO<br><br>**AMENDED STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON MOTIONS TO REMAND, TRANSFER AND DISMISS (L.R. 6-1 AND 6-2)** |

Pursuant to Northern District of California Civil Local Rules 6-1(b) and 6-2, Plaintiffs Brian Guthrie and Grady Lee Harris, Jr. ("Plaintiffs") and Defendant Transamerica Life Insurance Company ("TLIC"), by and through their undersigned counsel of record, hereby stipulate and agree that, subject to the Court's approval, the Court set a briefing schedule on Plaintiffs' Motion to Remand, DKT No. 16, and set a contingent filing schedule for TLIC's anticipated motion to transfer this case to the Central District of California, and anticipated TLIC's motion to dismiss the Complaint, as follows:

WHEREAS, TLIC removed this case to Federal court on June 18, 2021, DKT No. 1;

WHEREAS, on June 24, 2021, the Parties filed a Stipulation to Extend the Time for TLIC to Respond to the Complaint, DKT No. 10;

WHEREAS, the Stipulation extended the time for TLIC to move, plead or otherwise respond to the Complaint to August 24, 2021, DKT No.10;

WHEREAS, on July 14, 2021, Plaintiffs filed a Motion to Remand this case to State court that is scheduled for a hearing on September 8, 2021, DKT No. 16;

WHEREAS, if the Motion to Remand is denied, TLIC intends to file a motion to transfer this case to the United States District Court for the Central District of California (the "Transfer Motion");

2

Case No.: 3:21-CV-04688-WHO
AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTIONS TO REMAND, TRANSFER AND DISMISS

53407451\2

WHEREAS, once the issue of transfer is settled and the Parties have certainty as to the court in which the case will proceed, TLIC also intends to file a Rule 12 motion to dismiss the Complaint (the "Rule 12 Motion");

WHEREAS, in the interests of judicial economy and to preserve the Court's and the Parties' resources, the Parties agree that the Motion to Remand should be briefed and ruled on before TLIC files its Transfer Motion, and that TLIC's Transfer Motion should be briefed and ruled on before TLIC files its Rule 12 Motion;

WHEREAS, the Parties agree TLIC shall respond to the Motion to Remand by August 11, 2021, and Plaintiffs shall file their reply brief by August 25, 2021.  This schedule is necessary in light of the vacation schedules of counsel and to provide TLIC sufficient time to fully address the issues raised by the Motion to Remand;

WHEREAS, the Parties agree that in the event the Motion to Remand is denied, TLIC shall file its Transfer Motion within 28 days following the Court's Order denying the Motion to Remand;

WHEREAS, the Parties further agree that TLIC shall file its Rule 12 Motion within 28 days following the Court's Order on TLIC's Transfer Motion;

WHEREAS, there has been one prior modification to the case in the Stipulation extending the time TLIC has to move, plead, or otherwise respond to the Complaint, DKT No. 10; and

WHEREAS, there is not currently a scheduling order for this case so it will have no effect on the schedule for the case.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and TLIC, through their respective counsel of record, that:

(i)   TLIC's August 24, 2021 responsive pleading deadline is stricken;

(ii)  TLIC shall file an Opposition to the Motion to Remand on or before August 11, 2021, Plaintiffs shall file their Reply Brief in Support of the Motion to Remand on or before

3

Case No.: 3:21-CV-04688-WHO
AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING
SCHEDULE ON MOTIONS TO REMAND, TRANSFER AND DISMISS

53407451\2

|     |       |                                                                                           |
| --- | ----- | ----------------------------------------------------------------------------------------- |
| 1   |       | August 25, 2021. A hearing on the Motion to Remand is currently set for September         |
| 2   |       | 8, 2021;                                                                                  |
| 3   | (iii) | If Plaintiffs' Motion to Remand is denied, TLIC shall file its Transfer Motion within     |
| 4   |       | 28 days of the Court's Order on the Motion for Remand; and                                |
| 5   | (iv)  | If Plaintiffs' Motion to Remand is denied, TLIC shall file its Rule 12 Motion within      |
| 6   |       | 28 days of the Court's Order on the Motion to Transfer.                                   |

IT IS SO STIPULATED.

Dated: July 20, 2021                COZEN O'CONNOR

By:*/s/ Valerie D. Rojas*
Valerie D. Rojas
Michael Rafalko *(Pro Hac Vice to be Filed)*
Wendy Enerson *(Pro Hac Vice to be Filed)*
Attorneys for Defendant
TRANSAMERICA LIFE INSURANCE COMPANY

Dated: July 20, 2021                FEINSTEIN DOYLE PAYNE & KRAVEC, LLC

By:*/s/ Wyatt A. Lison*
Wyatt A. Lison
Joseph N. Kravec, Jr. (*Pro Hac Vice to be Filed*)
Attorneys for Plaintiffs BRIAN GUTHRIE and
GRADY LEE HARRIS, JR and the Proposed Class

Dated: July 20, 2021                BLAKEMAN LAW

By:*/s/ Benjamin Blakeman*
Benjamin Blakeman
Attorneys for Plaintiffs BRIAN GUTHRIE and
GRADY LEE HARRIS, JR

Case No.: 3:21-CV-04688-WHO
AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING
SCHEDULE ON MOTIONS TO REMAND, TRANSFER AND DISMISS

53407451\2

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:_July 21, 2021

_____
William H. Orrick
United States District Judge

5
Case No.: 3:21-CV-04688-WHO
AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING
SCHEDULE ON MOTIONS TO REMAND, TRANSFER AND DISMISS

53407451\2

**SIGNATURE ATTESTATION**

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

DATED: July 20, 2021            COZEN O'CONNOR

By:  /s/ *Valerie D. Rojas*
        Valerie D. Rojas

6

Case No.: 3:21-CV-04688-WHO
AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING
SCHEDULE ON MOTIONS TO REMAND, TRANSFER AND DISMISS

53407451\2